## Anthony Quentin KELLY, Plaintiff-Appellant,

v.

## Leslie A. SIMPSON, Case Management Specialist; State of Maryland, Defendants-Appellees.

### No. 17-6155

United States Court of Appeals, Fourth Circuit.

Submitted: June 15, 2017

Decided: July 10, 2017

Anthony Quentin Kelly, Appellant Pro Se.

Before GREGORY, Chief Judge, and MOTZ and TRAXLER, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony Quentin Kelly appeals the district court's order dismissing his civil complaint under 28 U.S.C. § 1915(e)(2)(B) (2012) without prejudice. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Kelly v. Simpson,* No. 1:16-cv-04067-RDB (D. Md. Jan. 13 & 26, 2017). We deny Kelly's motion for emergency reversal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*